[No. 58567-3-I.   Division One.   July 30, 2007.]

ED STRICKLAND ET AL., *Respondents*, v. FREMONT DOCK COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-34686-0, Michael Hayden, J., entered June 27, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58634-3-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09213-7, James D. Cayce, J., entered July 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58671-8-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOS MARANGOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02937-9, Helen Halpert, J., entered August 14, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ.

[No. 58741-2-I.   Division One.   July 30, 2007.]

*In the Matter of the Marriage of* SAMANTHA M. ELLIS, *Respondent*, and KEITH L. ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-3-01673-8, Lester Stewart, J. Pro Tem., entered July 26, 2006. *Affirmed* by unpublished per curiam opinion.